STEVEN G. KALAR
Federal Public Defender
JEROME MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, California 94607
Telephone: (510) 637-3500

Counsel for Defendant FELIX BETANCOURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-40033 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING DISPOSITION DATE |
| v. | ) | |
| | ) | |
| FELIX BETANCOURT | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Felix Betancourt is presently scheduled to appear before the Court for supervised release revocation and disposition on 21 May 2013. Defense counsel is unavailable on that date due to a number of previously scheduled jail interviews and a pre-sentence interview with United States Probation. IT IS THEREFORE STIPULATED AND AGREED that the revocation and disposition hearing in this matter be continued to 9 July 2013.       /s/

Dated: 17 May 2013                                    _____
                                                      JEROME E. MATTHEWS
                                                      Assistant Federal Public Defender


                                                      /s/
Dated: 17 May 2013                                    _____
                                                      MAUREEN BESSETTE
                                                      Assistant United States Attorney


STIP/ORDER

For the reasons set forth in the foregoing stipulation and good cause appearing therefor,

IT IS ORDERED that the revocation and disposition hearing in this matter be continued to 9 July 2013.

Dated: May 20, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORDER